IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ANN B. TRIBBEY, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NEW YORK LIFE INSURANCE CO., ) <br> ) <br> Defendant. ) <br> _____ ) <br> ) <br> NEW YORK LIFE INSURANCE ) <br>     & ANNUITY CORP., ) <br> ) <br> Counterclaimant, ) <br> v. ) <br> ) <br> ANN B. TRIBBEY, and ) <br> ) <br> ANN B. TRIBBEY, custodian for ) <br>     RACHAEL L. WASHINGTON, minor, ) <br> ) <br> Counterdefendants. ) <br> _____ ) | Case No. 3:07cv220-JRS |

## REPORT REGARDING CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

Pursuant to the Court's May 4, 2007 Notice of Pretrial Conference, counsel for Defendant New York Life Insurance Company and Counterclaimant New York Life Insurance and Annuity Corporation, and counsel for Plaintiffs/Counterdefendants Ann B. Tribbey and Rachael L. Washington have conferred and did *not* reach unanimous consent to proceed before a United States Magistrate Judge.

Dated: May 22, 2007                           Respectfully submitted,


CHARLES J. MCCALL, ESQ.                       HOLLAND & KNIGHT LLP


By: *Charles J. McCall* /s/                   By: _____/s/_____
Charles J. McCall, Esq., VSB #17022           John P. Rowley III, VSB # 19804
P.O. Box 2131                                 Jennifer E. Dure, VSB # 48247
Midlothian, Virginia 23113                    1600 Tysons Blvd., Suite 700
(804) 305-5904                                McLean, Virginia 22102
                                              (703) 720-8600
*Counsel for Plaintiffs Ann B. Tribbey*       (703) 720-8610 (facsimile)
*and Rachael L. Washington*                   john.rowley@hklaw.com
                                              jennifer.dure@hklaw.com

                                              *Counsel for Defendant New York Life*
                                              *Insurance Company and Counterclaimant*
                                              *New York Life Insurance and Annuity*
                                              *Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF), to the following:

>Charles J. McCall, Esq.
>P.O. Box 2131
>Midlothian, Virginia 23113
>cjmwortraveler@aol.com

I also certify that I sent a copy of the foregoing to above counsel via first-class mail, postage prepaid.

>/s/
>Jennifer E. Dure
>1600 Tysons Blvd., Suite 700
>McLean, VA 22102
>703-720-8600
>720-720-8610 (Facsimile)
>jennifer.dure@hklaw.com
>
>*Counsel for Defendant*
>*New York Life Insurance Company and*
>*Counterclaimant New York Life Insurance*
>*and Annuity Corporation*