```
                    UNITED STATES DISTRICT COURT FOR THE
                         EASTERN DISTRICT OF VIRGINIA
                               Richmond Division


ANN B. TRIBBEY,                                  )
                                                 )
     Plaintiff,                                  )
                                                 )
                                                 )
v.                                               )Case No.  3:07cv220
                                                 )
NEW YORK LIFE INSURANCE CO.,                     )
     & ANNUITY CORP.,                            )
                                                 )
     Defendant,                                  )
                                                 )
_____)
                                                 )
NEW YORK INSURANCE                               )
     & ANNUITY CORP.                             )
                                                 )
                                                 )
     Counterclaimant,                            )
v.                                               )
                                                 )
                                                 )
ANN B.  TRIBBEY, and                             )
                                                 )
and                                              )
                                                 )
ANN B.  TRIBBEY, custodian for                   )
   RACHAEL L.  WASHINGTON, minor                 )
                                                 )
     Counterdefendants,                          )
                                                 )
_____)
```

MOTION OF ANN B. TRIBBEY, INDIVIDUALLY, AND ANN B.
TRIBBEY, CUSTODIAN FOR RACHEL L. WASHINGTON, MINOR,
<u>FOR LEAVE TO FILE A LATE RESPONSE TO DEFENDANT'S COUNTERCLAIM</u>

Ann B.  Tribbey, Individually, and Ann B. Tribbey, Custodian

for Rachel L. Washington, Minor, pursuant to Rule 7 et. sec, of

the Federal Rules of Civil Procedure, hereby moves this court to grant leave to file a late answer to Defendant's Counterclaim, a copy of which is attached hereto as an Exhibit.

August 29, 2007

> Respectfully submitted,
>
> /s/ Charles J. McCall
>
> _____
> Charles J. McCall, Esq.
> Virginia Bar No. 17022
> P.O. Box 2131
> Midlothian, Va., 23113
> Phone: 804-305-5904
> No Fax Available
> Email:
> cjmwortraveler@aol.com
>
> Attorney for Ann B. Tribbey, et. al.

CERTIFICATE OF SERVICE

    I hereby certify that on the 29th day of August, 2007, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Jennifer Dure, Esq.
Holland & Knight LLP
1600 Tysons Blvd., Suite 700
McLean, VA 22102
Main 703 720 8600
Direct 703 720 8641
Fax 703 720 8610
Email: jennifer.dure@hklaw.com

/s/ Charles J. McCall

_____
Charles J. McCall, Esq.
Virginia Bar No. 17022
Attorney for Ann B. Tribbey, et. al.
P.O. Box 2131
Midlothian, Va., 23113
Phone: 804-305-5904
No Fax Available
Email: cjmwortraveler@aol.com