# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## OFFICE OF THE CLERK
Lewis F. Powell, Jr. U.S. Courthouse Building
1000 East Main Street
Suite 305
Richmond, Virginia 23219

**FERNANDO GALINDO**
**CLERK OF COURT**

| Telephone: | Area Code 804 |
|---|---|
| Administrative | 916-2200 |
| Jury-Financial | 916-2212 |
| Criminal | 916-2230 |
| Civil | 916-2220 |
| Web site | www.vaed.uscourts.gov |

November 23, 2007

Charles J. McCall, Esquire
P.O. Box 2131
Midlothian, Virginia 23112

Jennifer E. Dure, Esquire
Suite 700
1600 Tysons Boulevard
McLean, Virginia 22102

    Re: Ann B. Tribbey v. New York Life Insurance Company
       Case No. 3:07CV220-JRS

Dear Counsel:

On September 6, 2007, the Court was notified that settlement had been reached by the parties in this case.

It is requested that a sketch of a final order be submitted at your earliest convenience to dispose of this matter on Chief Judge Spencer's docket.

                Very truly yours,

                FERNANDO GALINDO, CLERK

                Linda K. McDonald
                Deputy Clerk