UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ANN B. TRIBBEY, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NEW YORK LIFE INSURANCE CO., )<br>)<br>Defendant. ) | Case No. 3:07cv220 |
| NEW YORK LIFE INSURANCE<br>    & ANNUITY CORP., )<br>)<br>Counterclaimant, )<br>v. )<br>)<br>ANN B. TRIBBEY, *et al.*, )<br>)<br>Counterdefendants. ) | |

RESPONSE TO MOTION FOR ANN B. TRIBBEY TO APPROVE SETTLEMENT
AGREEMENT ON BEHALF OF RACHAEL L. WASHINGTON, MINOR, OR
TO APPOINT GUARDIAN TO APPROVE SETTLEMENT AGREEMENT

Defendant New York Life Insurance Company ("NYLIC") and Counterclaimant New York Life Insurance and Annuity Corporation ("NYLIAC"), collectively, "New York Life," by counsel, do not oppose the Motion for Ann B. Tribbey to Approve Settlement Agreement on Behalf of Rachael L. Washington, Minor, or to Appoint a Guardian to Approve Settlement Agreement on Behalf of Rachael L. Washington, Minor, which was filed with the Court on December 11, 2007, by Plaintiffs/Counterdefendants.

New York Life requests that the Court rule on this motion without an oral hearing, pursuant to Rule 78(b) of the Federal Rules of Civil Procedure and Local Civil Rule 7(J).

Dated: December 13, 2007                Respectfully submitted,


                                        HOLLAND & KNIGHT LLP


                                        _____/s/_____
                                        John P. Rowley III, VSB No. 19804
                                        Jennifer E. Dure, VSB No. 48247
                                        1600 Tysons Blvd., Suite 700
                                        McLean, VA 22102
                                        703-720-8600
                                        720-720-8610 (Facsimile)
                                        john.rowley@hklaw.com
                                        jennifer.dure@hklaw.com

                                        Counsel for Defendant
                                        New York Life Insurance Company and
                                        Counterclaimant New York Life Insurance
                                        and Annuity Corporation

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of December, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF), to the following:

Charles J. McCall, Esq.
P.O. Box 2131
Midlothian, Virginia 23113
cjmwortraveler@aol.com

                                                 /s/
                                      Jennifer E. Dure
                                      1600 Tysons Blvd., Suite 700
                                      McLean, VA 22102
                                      703-720-8600
                                      720-720-8610 (Facsimile)
                                      jennifer.dure@hklaw.com

                                      Counsel for Defendant
                                      New York Life Insurance Company and
                                      Counterclaimant New York Life Insurance
                                      and Annuity Corporation