UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division



| | |
|---|---|
| ANN B. TRIBBEY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| NEW YORK LIFE INSURANCE CO., ) | |
| ) | |
| Defendant. ) | Case No. 3:07cv220 |
| ) | |
| NEW YORK LIFE INSURANCE ) | |
| & ANNUITY CORP., ) | |
| ) | |
| Counterclaimant, ) | |
| v. ) | |
| ) | |
| ANN B. TRIBBEY, *et al.*, ) | |
| ) | |
| Counterdefendants. ) | |

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This case having come before the Court upon the agreement of the parties, by and through their undersigned counsel, to settle and resolve this case, and their stipulation to a dismissal with prejudice as indicated by the endorsement of this Order by their counsel of record; it is hereby

ORDERED that this case is dismissed with prejudice.

Entered this 22nd day of January, 2008.

**SO ORDERED**

/s/
James R. Spencer
**Chief United States District Judge**



1

SEEN & AGREED:

*[signature]*

John P. Rowley III, VSB No. 19804
Jennifer E. Dure, VSB No. 48247
1600 Tysons Blvd., Suite 700
McLean, VA 22102
703-720-8600
720-720-8610 (Facsimile)
john.rowley@hklaw.com
jennifer.dure@hklaw.com
Counsel for Defendant
New York Life Insurance Company and
New York Life Insurance and Annuity Corporation


SEEN & AGREED:

*[signature]*

Charles J. McCall, Esq., VSB No. 17022
P.O. Box 2131
Midlothian, Virginia 23113
(804) 305-5904
cjmwortraveler@aol.com
Counsel for Plaintiffs/Counterdefendants
Ann B. Tribbey and Ann B. Tribbey as
custodian for the minor Rachael L. Washington